# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

June 29, 2007

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**BY HAND DELIVERY**

Hon. Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



JUN 29 2007

     Re: **United States v. James Nunez-Solano**
         No. 07 Cr. 463 (LAK)

Dear Judge Kaplan:

    On June 13, 2007, Mr. Nunez-Solano retained H. Elliot Wales, Esq., as counsel. Mr. Wales sent the attached handwritten Notice of Appearance to the government, but apparently did not file it with the Court. I therefore respectfully request that the Court (1) formally enter Mr. Wales' appearance in this case and (2) relieve Federal Defenders of New York, Inc.

    I have been advised that the government has already provided pretrial discovery to Mr. Wales and that the parties are in plea negotations.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/07

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

cc: AUSA Michael English

enc.

SO ORDERED

LEWIS A. KAPLAN, USDJ
7/3/07

|  | LAW OFFICES |
|---|---|
| **H. ELLIOT WALES** | 52 Riverside Drive<br>New York 10024-6501<br>212-980-2160<br>Fax 212-769-0054<br>e-mail elliotwales@aol.com |

June 13, 2007

Michael English, Esq
AUSA
One St. Andrews Plaza
NYC 10007

        Re - James Salcano Nunez
        07CR 463 (LAK)

Michael -

    I appear on behalf of defendant Nunez.

    I appreciate your sending me the discovery material.

            Sincerely,

            [signature]