```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA                :    INFORMATION
                                        :
        - v. -                          :    S1 07 Cr. 463 (LAK)
                                        :
JAMES NUNEZ-SOLANO,                     :
   a/k/a "Jim E. Munez,"                :
   a/k/a "Jaime Munez,"                 :
   a/k/a "Jaime Solano,"                :
                                        :
                Defendant.              :
- - - - - - - - - - - - - - - - - - - -x
```

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ JUL 13 2007]

## COUNT ONE

The United States Attorney charges:

1.   From in or about November 2006, up to and including on or about May 8, 2007, in the Southern District of New York and elsewhere, JAMES NUNEZ-SOLANO, a/k/a "Jim E. Munez," a/k/a "Jaime Munez," a/k/a "Jaime Solano," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that JAMES NUNEZ-SOLANO, a/k/a "Jim E. Munez," a/k/a "Jaime Munez," a/k/a "Jaime Solano," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 500 grams and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections

812, 841(a)(1) and 841(b)(1)(B).

Overt Act

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. On or about May 8, 2007, JAMES NUNEZ-SOLANO, a/k/a "Jim E. Munez," a/k/a "Jaime Munez," a/k/a "Jaime Solano," the defendant, met a co-conspirator not named as a defendant herein in an apartment in New York, New York to open a United Parcel Service package that he believed contained cocaine.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The United States Attorney further charges:

4. From at least in or about November 2006, up to and including on or about May 8, 2007, in the Southern District of New York and elsewhere, JAMES NUNEZ-SOLANO, a/k/a "Jim E. Munez," a/k/a "Jaime Munez," a/k/a "Jaime Solano," the defendant, being an alien, unlawfully, willfully, and knowingly did enter, and was found in, the United States after having been deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about January 4, 1996, for possession with intent to distribute a controlled substance, a felony, in Pennsylvania State Court, Bucks County, and without having obtained the

express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

### Forfeiture Allegation

5. As a result of committing the controlled substance offense alleged in Count One of this Information, JAMES NUNEZ-SOLANO, a/k/a "Jim E. Munez," a/k/a "Jaime Munez," a/k/a "Jaime Solano," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(p), any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

### Substitute Asset Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of JAMES NUNEZ-SOLANO, a/k/a "Jim E. Munez," a/k/a "Jaime Munez," a/k/a "Jaime Solano," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

3

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of JAMES NUNEZ-SOLANO, a/k/a "Jim E. Munez," a/k/a "Jaime Munez," a/k/a "Jaime Solano," the defendant, up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.).

*[signature: Michael J. Garcia]*
MICHAEL J. GARCIA
United States Attorney

4