```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :
                                   :       WAIVER OF INDICTMENT
JAMES NUNEZ-SOLANO,                :
   a/k/a "Jim E. Munez,"           :       S1 07 Cr. 463 (LAK)
   a/k/a "Jaime Munez,"            :
   a/k/a "Jaime Solano,"           :
                                   :
                    Defendant.     :
- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, and Title 8, United States Code, Sections 1326(a) & (b)(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
JAMES NUNEZ-SOLANO

_____
H. Elliot Wales, Esq.
Attorney for JAMES NUNEZ-SOLANO

Witness: _____

Date:   New York, New York
        July 13, 2007

JUL 13 2007