**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
        against

(Alias) _____
   James Nunez Solano
                Please PRINT Clearly
```

DOCKET NO. ASSIGNED: 01CR 463 (LAK)
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO:  **CLERK OF COURT S.D.N.Y.**

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO  [✓] YES - IF YES GIVE YOUR DATE OF ADMISSION. MO. _____ YR. 1956

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK

JUL 13 2007

SIGNATURE _____
PRINT THE FOLLOWING INFORMATION CLEARLY
Elliot Wales
Attorney for Defendant

Firm name if any _____
52 Riverside Drive
Street address
New York, NY 10024-6501
City          State        Zip
212-480-2160
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186